MORRIS M. LEVINE, Respondent, *v.* NORTON S. PUTTER, Defendant, and ALBERT M. MICHAELIS, Appellant.

Argued January 19, 1954; decided March 11, 1954.

*Sidney H. Greenberg* for appellant.

*Anthony F. Caffrey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.